**F I L E D**

IN THE 13TH COURT OF APPEALS
CORPUS CHRISTI

11/23/15

**DORIAN E. RAMIREZ, CLERK**

**BY** DTELLO

RECEIVED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS

11/23/2015 4:08:14 PM

DORIAN E. RAMIREZ
Clerk

# APPENDIX TAB 1

Electronically Filed
11/6/2014 9:27:33 AM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

Electronically Filed
10/29/2014 3:47:50 PM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

## CAUSE NO. F-0300-13-2

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF | § § § | IN THE COUNTY COURT |
| SYLVIA SUE HANDY ESPRONCEDA AND JUAN GABRIEL ESPRONCEDA | § § § § § | AT LAW NO. TWO (2) |
| AND IN THE INTEREST OF GABRIEL ROY ESPRONCEDA | § § § | HIDALGO COUNTY, TEXAS |

## FINAL DECREE OF DIVORCE

On August 11, 2014, the Court heard this case.

### I.   APPEARANCES

Petitioner, **SYLVIA SUE HANDY ESPRONCEDA**, appeared in person and through her attorneys of record, **ROBERT J. SALINAS** and **ROEL GUTIERREZ**, and announced ready for trial.

Respondent, **JUAN GABRIEL ESPRONCEDA**, appeared through his counsel of record, **OSCAR ALVAREZ**.

**CATARINA S. ALVARADO**, attorney ad litem for the child, **GABRIEL ROY ESPRONCEDA**, also appeared.

### II.   RECORD

The record of testimony was duly reported by the court reporter for the County Court at Law No. 2, in Hidalgo County, Texas.

### III.   JURISDICTION AND DOMICILE

The Court finds that the pleadings of Petitioner are in due form and contain all the allegations, information, and prerequisites required by law. The Court, after receiving evidence, finds that it has jurisdiction of this case and of all the parties and that at least sixty days have elapsed since the date the suit was filed. The Court finds that, at the time this suit was filed, Petitioner had been a domiciliary of Texas for the preceding six-month period and a resident of the county in which this suit was filed for the preceding ninety-day period.

### IV.   JURY

A jury was waived, and questions of fact and of law were submitted to the Court.

1

Electronically Filed
11/6/2014 9:27:33 AM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

Electronically Filed
10/29/2014 3:47:50 PM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

## V.  DIVORCE

IT IS ORDERED AND DECREED that **SYLVIA SUE HANDY ESPRONCEDA**, Petitioner, and **JUAN GABRIEL ESPRONCEDA**, Respondent, are divorced and that the marriage between them is dissolved.

## VI.  CHILDREN OF THE MARRIAGE

The Court finds that Petitioner and Respondent are the parents of the following child of this marriage who is not under the continuing jurisdiction of any other court:

Name:        **GABRIEL ROY ESPRONCEDA**
Sex:          **MALE**
Birth date:  **APRIL 03, 1998**

The Court finds that no other children were born of this union and none are expected.

## VII.  CUSTODY

The Court finds that the following custody orders are in the best interest of the child, **GABRIEL ROY ESPRONCEDA**:

The Court hereby names the Petitioner, **SYLVIA SUE HANDY ESPRONCEDA**, the sole managing conservator of **GABRIEL ROY ESPRONCEDA**, and names **JUAN GABRIEL ESPRONCEDA** as possessory conservator subject to the conditions and limitations provided herein.

The Court hereby names the Petitioner, **SYLVIA SUE HANDY ESPRONCEDA**, the primary conservator of **GABRIEL ROY ESPRONCEDA**, and grants her the sole right to choose the primary residence of the child, with no geographical restriction.

## VIII.  VISITATION

The Court finds that the following parenting plan is in the best interest of the child, **GABRIEL ROY ESPRONCEDA**:

The Respondent, **JUAN GABRIEL ESPRONCEDA**, shall have the right to visit with the child, **GABRIEL ROY ESPRONCEDA**, only on dates and times mutually agreed to in advance between the Respondent, **JUAN GABRIEL ESPRONCEDA**, and the child, **GABRIEL ROY ESPRONCEDA**.

2

147

Electronically Filed
11/6/2014 9:27:33 AM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

Electronically Filed
10/29/2014 3:47:50 PM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

The child, **GABRIEL ROY ESPRONCEDA**, shall have the right to terminate any visitation period with the Respondent at any time.

Visitation between the Respondent, **JUAN GABRIEL ESPRONCEDA**, and the child, **GABRIEL ROY ESPRONCEDA**, shall at all times be supervised by a competent adult.

The Respondent, **JUAN GABRIEL ESPRONCEDA**, is ORDERED to refrain from drinking alcohol and consuming any illegal substances 24 hours prior to visitation and during the entire period of visitation.

The Petitioner, **SYLVIA SUE HANDY ESPRONCEDA**, shall have the superior right to possession of the child, **GABRIEL ROY ESPRONCEDA**, at all other times not specifically designated in this Decree.

## IX. CHILD SUPPORT

IT IS ORDERED AND DECREED that the Respondent, **JUAN GABRIEL ESPRONCEDA**, is obligated to pay and shall pay to **SYLVIA SUE HANDY ESPRONCEDA** child support of **$786.80** per month, with the first payment being due and payable on **September 1, 2014**, and a like payment being due and payable on the first day of each month thereafter until the first month following the date of the earliest occurrence of one of the events specified below:

1. the child reaches the age of eighteen years or graduates from high school, whichever occurs later, subject to the provisions for support beyond the age of eighteen years set out below;
2. the child marries;
3. the child dies;
4. the child enlists in the armed forces of the United States and begins active service as defined by section 101 of title 10 of the United States Code; or
5. the child's disabilities are otherwise removed for general purposes; or

If the child is eighteen years of age and has not graduated from high school, IT IS ORDERED that **JUAN GABRIEL ESPRONCEDA'S** obligation to pay child support to **SYLVIA SUE HANDY ESPRONCEDA** shall not terminate but shall continue for as long as the child is enrolled –

1. under Chapter 25 of the Texas Education Code in an accredited secondary school in a program leading toward a high school diploma or under section 130.008 of the Education Code in courses for joint high school and junior college credit and is complying with the minimum attendance requirements of subchapter C of chapter 25 of the Education Code or
2. on a full-time basis in a private secondary school in a program leading toward a high school diploma and is complying with the minimum attendance requirements imposed by that school.

3

Electronically Filed
11/6/2014 9:27:33 AM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

Electronically Filed
10/29/2014 3:47:50 PM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

## X.    RETROACTIVE CHILD SUPPORT/ ARREARS

The Court finds that the Petitioner, SYLVIA SUE HANDY ESPRONCEDA is entitled to child support arrears in the amount of **$4,000**.

IT IS ORDERED AND DECREED that the Respondent, **JUAN GABRIEL ESPRONCEDA**, is obligated to pay and shall pay to **SYLVIA SUE HANDY ESPRONCEDA** as retroactive child support **$100.00** per month, with the first payment being due and payable on **September 1, 2014**, and a like payment being due and payable on the first day of each month thereafter until the entire amount of arrears is paid off:

## XI.    MEDICAL SUPPORT

The Court finds that the Respondent, JUAN GABRIEL ESRPONCEDA is obligated to pay for the child, GABRIEL ROY ESPRONCEDA'S medical support.

The Court finds that the child, GABRIEL ROY ESPRONCEDA is being provided medical insurance through the Petitioner, SYLVIA SUE HANDY ESPRONCEDA.

The Court ORDERS the Petitioner, SYLVIA SUE HANDY ESPRONCEDA, to maintain the child on her medical insurance.

The Court Orders the Respondent, JUAN GABRIEL ESPRONCEDA to reimburse the Petitioner for the cost of the child's insurance in the amount of $129.00 per month.   The payments for reimbursement shall be made the 1st day of each month beginning on September 1, 2014 and continuing until the month following the termination of the Respondent's child support obligation.

Any medical costs not covered under the above programs shall be divided equally between the parties.

## XII.    NO CREDIT FOR INFORMAL PAYMENTS

JUAN GABRIEL ESPRONCEDA is ORDERED to pay all child support, retroactive child support and medical support through the registry prescribed in this decree, and any direct payments by him or any expenditures incurred during his periods of possession shall be deemed in addition to and not in lieu of the child support ordered herein.

## XIII.    INCOME WITHHOLDING

4

149

Electronically Filed
11/6/2014 9:27:33 AM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

Electronically Filed
10/29/2014 3:47:50 PM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

The Court hereby ORDERS the District Clerk to prepare an ORDER/NOTICE TO WITHHOLD INCOME in the above numbered and styled cause and to serve any and all current and subsequent employers of the Petitioner, **JUAN GABRIEL ESPRONCEDA**, with said Order/Notice.

Pursuant to Texas Family code Chapter 158, any employer of **JUAN GABRIEL ESPRONCEDA**, current or subsequent, is **ORDERED** to withhold income from the disposable earnings of **JUAN GABRIEL ESPRONCEDA** for the support of **GABRIEL ROY ESPRONCEDA.**

**IT IS FURTHER ORDERED** that all amounts withheld from the disposable earnings of **JUAN GABRIEL ESPRONCEDA** by the employer and paid in accordance with the order to that employer shall constitute a credit against the child support obligation. Payment of the full amount of child support **ORDERED** paid by this decree through the means of withholding from earnings shall discharge the child support obligation. If the amount withheld from earnings and credited against the child support obligation is less than 100 percent of the amount **ORDERED** to be paid by this decree, the balance due remains an obligation of **JUAN GABRIEL ESPRONCEDA**, and it is hereby **ORDERED** that **JUAN GABRIEL ESPRONCEDA** pay the balance due directly to the state disbursement unit specified below.

**JUAN GABRIEL ESPRONCEDA** is **ORDERED** to provide any subsequent employer with a copy of the ORDER/NOTICE TO WITHHOLD INCOME FOR CHILD SUPPORT.

## XIV. PAYMENT

IT IS ORDERED that all child support, retroactive child support and medical support payments shall be made though the state disbursement unit at **Texas Child Support Disbursement Unit, P.O. Box 659791, San Antonio, Texas 78265-9791**, and thereafter promptly remitted to **SYLVIA SUE HANDY** for the support of the child.

All payments shall be identified as follows:

Obligor's name:     JUAN GABRIEL ESRPONCEDA

Obligee's name:     SYLVIA SUE HANDY

Cause Number:     F-0300-13-2, and the date on which the withholding

occurred.

IT IS ORDERED that each party shall pay, when due, all fees charged to that party by the state disbursement unit and any other agency statutorily authorized to charge a fee.

## XV. WIFE'S SOLE AND SEPARATE PROPERTY

5

Electronically Filed
11/6/2014 9:27:33 AM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

Electronically Filed
10/29/2014 3:47:50 PM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

The Court finds that the following is the Petitioner, SYLVIA SUE HANDY ESPRONCEDA'S, sole and separate property:

1. Real Property located at 5944 N FM88, Weslaco, TX and all personal property located therein, including the items listed in Exhibit #1 of this Decree.

2. All of the property listed in Exhibit #1 attached hereto and made a part hereof for all purposes. The Respondent is ORDERED to return any and all property listed in Exhibit #1 of this Decree within 30 days of the signing of this Decree.

3. Real Property located at Mile 13 ½ in Mercedes, TX and all personal property located therein;

4. Any and all retirement benefits in Petitioner's name with the Texas County & District Retirement System;

5. Any and all monies acquired via personal injury settlement in the following matters: Sylvia Handy v. American Home Products (Fen-Phen) and Sylvia Handy vs. Maverick Market, Inc.

6. Respondent, JUAN GABRIEL ESPRONCEDA, is ORDERED to return the following separate property to the Petitioner and to transfer his interest, if any, to Petitioner within 30 days of the signing of this Decree:

   a. 2000 Ford F-250 Pick Up truck
   b. 2000 Ford Excursion
   c. Chrysler 300C
   d. 1978 Chevrolet Pick Up truck

## XVI. DIVISION OF MARITAL ESTATE

The Court finds that the following is a just and right division of the marital estate:

Property to SYLVIA SUE HANDY ESPRONCEDA

W-1. Any and all interest in the partnership G&S Mechanic Shop, including all the assets, shop's tools, and accounts receivable.

## XVII. REIMBURSEMENT

If Respondent, JUAN GABRIEL ESRPONCEDA does not return all the property listed

6

151

Electronically Filed
11/6/2014 9:27:33 AM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

Electronically Filed
10/29/2014 3:47:50 PM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

in Exhibit #1 within 30 days of the signing of this Decree, he is obligated to pay the Petitioner, SYLVIA SUE HANDY ESPRONCEDA **$300,000.00** within **3** months of the signing of this decree, which represents the value of the Petitioner's sole and separate property which was taken from the home listed above on or about the year 2011 by the Petitioner.

## XVIII. DIVISION OF DEBT

Debts to Respondent, JUAN GABRIEL ESPRONCEDA

**IT IS ORDERED AND DECREED** that the Respondent, **JUAN GABRIEL ESPRONCEDA**, shall pay, as a part of the division of the estate of the parties, and shall indemnify and hold the Petitioner, SYLVIA SUE HANDY ESPRONCEDA, and her property harmless from any failure to so discharge, these items:

H-1. Any and all debts, charges, liabilities, and other obligations incurred solely by the Petitioner, JUAN GABRIEL ESPRONCEDA, on or after **August 1, 2011**, unless express provision is made in this decree to the contrary.

## XIX. MISCELLANEOUS

Court Costs and Ad Litem Fees

**IT IS ORDERED AND DECREED** that costs of court are to be borne by the party who incurred them.

The Court awards **CATARINA S. ALVARDO** the sum of **$3,000.00** in ad litem fees.
**Petitioner** is ORDERED to pay **CATARINA S. ALVARADO** the unpaid balance of ad litem fees ($750.00) within 30 days of the Final Hearing. **Respondent** is ORDERED to pay **CATARINA S. ALVARADO** the unpaid balance of ad litem fees ($1500.00) within 30 days of the Final Hearing.

Discharge from Discovery Retention Requirement

**IT IS ORDERED AND DECREED** that the parties and their respective attorneys are discharged from the requirement of keeping and storing the documents produced in this case in accordance with rule 191.4(d) of the Texas Rules of Civil Procedure.

Decree Acknowledgment

Petitioner, **SYLVIA SUE HANDY ESPRONCEDA** acknowledges that before signing this Final Decree of Divorce that he/she read this Final Decree of Divorce fully and completely, has had the opportunity to ask any questions regarding the same, and fully understands that the contents of this Final Decree of Divorce constitute a full and complete resolution of this case. Petitioner acknowledges that he/she voluntarily affixed his/her signature to this Final Decree of Divorce, believing this agreement to be a just and right division of the marital debt and assets, and state that he/she has not signed by virtue of any coercion, any duress, or any agreement other than those specifically set forth in this Final Decree of Divorce.

7

Electronically Filed
11/6/2014 9:27:33 AM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

Electronically Filed
10/29/2014 3:47:50 PM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

## Clarifying Orders

Without affecting the finality of this Final Decree of Divorce, this Court expressly reserves the right to make orders necessary to clarify and enforce this decree.

## Relief Not Granted

**IT IS ORDERED AND DECREED** that all relief requested in this case and not expressly granted is denied. This is a final judgment, for which let execution and all writs and processes necessary to enforce this judgment issue. This judgment finally disposes of all claims and all parties and is appealable.

## Name Change

The Court hereby ORDERS that the Petitioner's maiden name be restored to **SYLVIA SUE HANDY**.

## XX. DATE OF JUDGMENT

SIGNED on          NOV    21    2014
_____.


JUDGE PRESIDING


**APPROVED AS TO FORM ONLY:**

**LAW OFFICES OF ROBERT J. SALINAS**
**2101 Wood Avenue**
**Donna, Texas 78537**
**Telephone: (956) 464-2460**
**Facsimile: (956) 464-2494**
**Email: rjslawoffice@hotmail.com**

By: _____
   **Roel Gutierrez**
   **Attorney for Petitioner**
   **State Bar No. 24069842**

8

Electronically Filed
11/6/2014 9:27:33 AM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

Electronically Filed
10/29/2014 3:47:50 PM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

_____
OSCAR ALVAREZ, Attorney for Juan Gabriel Espronceda, Respondent

APPROVED AS TO BOTH FORM AND SUBSTANCE:

_____
SYLVIA SUE HANDY ESPRONCEDA, Petitioner

Electronically Filed
11/6/2014 9:27:33 AM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

Electronically Filed
10/29/2014 3:47:50 PM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

## ITEMS REMOVED FROM HOME
## 5944 NORTH FM 88
## WESLACO, TEXAS

### General

4 Central Heating & Air Conditioning Units/Systems
2 Water Heaters
1 Red Storage Barn with items that included gardening/lawn tools, weed eaters & leaf blower; pool cleaning tools; Holidays and Christmas ornaments, 6-ft. wooden soldiers & floral arrangements; fishing equipment & 3 x-large ice chests; mosquito repellent machine; generator; butane lamps, stove, & other hurricane preparedness items
2 Riding Lawn Mowers
Folding Tables
60 Folding Chairs

### Entrance Room

Antique Furniture consisting of:
    (a) 4 green silk arm chairs with gold leaf woodwork;
    (b) 1 green silk sofa with gold leaf woodwork;
    (c) 2 gold leaf woodwork coffee tables with green granite tops;
    (d) 2 gold leaf woodwork pedestal tables with green granite tops.
1 Crucifix

### Foyer

Antique Furniture consisting of:
    (a) 2 orange/green striped silk arm chairs with gold leaf woodwork;
    (b) 1 orange/green striped silk sofa with gold leaf woodwork;
    (c) 1 framed replica of "The Creation of Adam" by Michaelangelo.

# Exhibit 1

1

155

Electronically Filed
11/6/2014 9:27:33 AM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

Electronically Filed
10/29/2014 3:47:50 PM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

## Formal Living Room

1 white fabric sofa with cushions;
1 white fabric love seat with cushions;
2 white fabric arm chairs with cushions;
1 cherry wood curio cabinet;
1 Baldwin Grand Piano;
1 black leather piano bench;
1 gold coffee table with glass top;
2 gold end tables with glass top;
2 antique gold Diana figurine lamps with white shades;
1 extra-large gold decorative mirror;
2 gold angel wall figurines;
1 crystal chandelier;
1 gold 3-cherubs pedestal table with glass top;
2 teak wood dancing figurines (couple);
White drapes.

## Family Room

1 green leather love seat;
1 green leather recliner;
1 antique teakwood coffee table with green granite top and brass decorative heads and lions feet;
2 antique teakwood end tables with green granite tops and brass decorative heads and lions feet;
1 dvd/vcr player;
1 framed "Two Angels" print of painting.

## Formal Dining Room

1 formal dining room set consisting of:  1 table & 8 chairs;
1 matching china cabinet;
1 "Last Supper: 3-D sculpture

## Chapel

1 organ
3 white fabric bench seats
1 dark brown leather bench seat
3 gold pedestal candle holders

2

156

Electronically Filed
11/6/2014 9:27:33 AM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

Electronically Filed
10/29/2014 3:47:50 PM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

## Kitchen

1 flat screen television set with stand, antenna, and converter;
1 Combo set of 1 Microwave, 1 oven, & 1 warmer;
1 32-pieces Cutco Knife Ultimate Entertainer set with wooden oak block stand;
8-pieces Cutco kitchen accessories;
1 4-slice toaster;
4 electric roasters;
1 Vita Craft bridal cookware set with 32-pieces fine china (Larksong);
1 40-pieces fine Silver set for 8 placements & accompanying implements;
1 48-pieces set of stoneware for 12 placements;
1 40-pieces everyday set of silverware for 8 placements;
1 8-pieces set of tea glasses;
1 8-pieces set of beverage glasses;
1 8-pieces set of juice glasses;
1 8-pieces set of stemware wine glasses;
1 8-pieces set of stemware champagne glasses;
1 waffle maker;
1 can opener;
1 electric griddle;
1 pop corn maker;
1 electric pizza oven;
1 8-pieces set of stainless steel deep pots;
1 4-pieces set of stainless steel deep pots;
1 4-pieces set of stainless steel pans;
1 4-pieces set of Teflon pans;
1 25-pieces set of Tupperware;
1 12-pieces set of cooking spoons, spatulas, forks, pinchers;
1 electric mixing bowl;
2 blenders;
1 margarita machine;
1 8-pieces set of barbeque/grill utensils;
3 kitchen bar stools.

3

157

Electronically Filed
11/6/2014 9:27:33 AM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

Electronically Filed
10/29/2014 3:47:50 PM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

## Guest Hallway Bathroom

1 extra-large gold decorative mirror;
1 towel rack with crystal and gold ends.

## Son's Bedroom

2 twin beds with mattresses;
1 50" flat screen television set;
1 DVD/VCR set;
1 triple dresser;
1 chest of drawers;
1 desk with chair;
2 book shelves;
1 large rectangular gold decorative mirror for bathroom;
1 towel rack with crystal and gold ends.

## Guest Bedroom

1 large gold decorative mirror for bathroom;
1 towel rack with crystal and gold ends;
1 queen bed with mattresses, cherry wood end tables, & triple dresser with mirror;
1 Sony television set with converter & antenna;
1 entertainment center;
2 wooden window blinds.

## Daughter's Bedroom

2 towel racks with crystal & gold ends;
1 gold shower head with spray;
1 wooden window blinds;
1 Sony stereo set with components, receiver, CD player & 2 large speakers.

4

Electronically Filed
11/6/2014 9:27:33 AM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

Electronically Filed
10/29/2014 3:47:50 PM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

## Master Bedroom

1 Bedroom Set consisting of:
- (a) canopy bed with mirror headboard;
- (b) 2 end tables;
- ( ) king-size mattresses;
- (d) 4 column pedestals with white silk drape;
- (e) triple dresser with mirror;
- (f) entertainment center;
- (g) white-fabric bench.

1 50-inch flat screen television set;
1 Sony CD/VCR player;
1 green leather love seat;
2 green fabric recliners;
1 Sony television set;
1 Panasonic CD/VCR player;
1 Computer & Printer;
1 computer table & chair;
1 Black 4-drawers Filing Cabinet with historical documentation;
1 6-step ladder.
1 White 4-drawer Filing Cabinet with historical documentation;
2 8-feet folding tables.

## Master Bathroom

2 towel racks with crystal & gold ends;
1 round towel ring;
1 swan head faucet & crystal & gold handles & 1 gold shower head for tub;
1 portable TV with CD/DVD player, converter, & antenna
1 medical weight scale.

## Garage

2 50-gallon water tanks;
4 Igloos;
4 large ice chests;
2 4-step ladders;
1 2000 Excursion;
1 red Chevrolet pickup (belongs to my father).

5

159

Electronically Filed
11/6/2014 9:27:33 AM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

Electronically Filed
10/29/2014 3:47:50 PM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

## Utility Room

Washer & Dryer with pedestals;
2 Water Heaters.

## Entertainment Parlor

Pool Table;
Clock;
Cue stick wall stand;
Black Leather Sofa/bed, love seat, & sectional;
Drum Set
Electric Guitar;
Saxophone;
Violin;
Desk & Chair;
TV stand;
Bar Stools.

## Front Yard/Patio

1 Water pump & accessories & electric box;
4 large planters;
Water hoses.

## Back Yard/Patio

Patio Furniture consisting of:
 (a) Round table with glass top;
 (b) 4 chairs with cushions;
 ( ) sofa with cushions;
 (d) rocker with cushion;
 (e) 2 side chairs with cushions.
BBQ Pit;
Pool pump & Heater & all related pool equipment, plus hoses & pipes;
2 extra-large deck storage boxes for pool equipment.
3 chicken coops;
1 automatic chicken feeder;
1 backhoe tractor.

6

160

Electronically Filed
11/6/2014 9:27:33 AM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

Electronically Filed
10/29/2014 3:47:50 PM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

## Guest Apartment

1 Refrigerator;
1 electric stove top;
1 water heater;
1 computer;
1 printer;
2 window air conditioning units;
2 mini window blinds.

## Warehouse #1

1 Air Conditioner/Heater Unit;
1 Wide Screen Television set;
Fitness Equipment consisting of:
  (a)  1 Elliptical machine;
  (b)  1 Exercise Bike;
  ( )  1 Stairmaster;
  (d)  1 Ab Machine;
  (e)  1 Weight Center with benches & weights;
  (f)  1 set of free weights.

## Warehouse #2

9 stainless steel shelves;
25 evening gowns;
48 Bed Sheets & Comforters sets;
Christmas trees, ornaments, lights, & decorations.

7

161

Electronically Filed
11/6/2014 9:27:33 AM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

Electronically Filed
10/29/2014 3:47:50 PM
Hidalgo County District Clerks
Reviewed By: Irma Lopez

## Motor Vehicles

2000 Ford F-250 Pick-Up truck
2000 Ford Excursion
2006 Chrysler 300C

\* vehicles paid by wife's separate funds

1978 Chevrolet Pick-Up (gift to daughter from grandfather)

## Mobile Home

$5,000.00 deposit for mobile home was wife's separate funds.

162

## Separate Real Estate Property

Home at 5944 North FM 88, Weslaco, Texas and all furniture, fixtures, appliances, & storage units

House at Mile 13 ½ in Mercedes, Texas and all fixtures.

G & S Mechanic Shop & all equipment & fixtures.

Time Share Condo in Cancun

## Jewelry

1 Rolex Watch w/diamond bezel
1 Rubies + Diamonds ring
1 Emeralds + Diamonds ring
1 Saffires + Diamonds ring
1 gold necklace with Diamonds (Zales)
1 gold chain w/ earrings
Various pieces of necklace, earrings + bracelets
4 strands of pearls

163